UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIO ALVAREZ,<br><br>            Plaintiff,<br>    v.<br><br>LINDA FARMER,<br><br>            Defendant. | CASE NO. 3:25-cv-05154-DGE<br><br>MINUTE ORDER DISMISSING CASE |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On February 24, 2025, the Court (Cartwright, J.) ordered Plaintiff to pay the civil action filing fee or file a motion for leave to proceed in forma pauperis within 14 days. (Dkt. No. 3.) The docket entry confirms this order was sent to Plaintiff by USPS at their address of record. (*See id.*)  As of this date, Plaintiff has not done either.  Therefore, this case is DISMISSED without prejudice.  The Clerk shall close the case.

Dated this 18th day of March, 2025.

MINUTE ORDER DISMISSING CASE - 1

1  The foregoing Minute Order authorized by THE HONORABLE DAVID G.
2  ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER DISMISSING CASE - 2